## Commonwealth *v.* Muth, Appellant.

Argued November 10, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, ERVIN, and WATKINS, JJ. (WOODSIDE, J., absent).

*John W. Beyer,* with him *Arnold, Bricker, Beyer & Barnes,* for appellant.

*Richard M. Martin,* Assistant District Attorney, with him *William C. Storb,* District Attorney, for appellee.

OPINION BY ERVIN, J., December 17, 1958:

In this case it was stipulated by counsel that the testimony would be the same as in the case of *Commonwealth v. Weik,* 188 Pa. Superior Ct. 391, 147 A. 2d 164, "except as to weights." In the present case the evidence showed that the overweight was 5,010 pounds.

The decision in this case is controlled by the opinion filed herewith in *Commonwealth v. Weik,* supra.

The judgment of sentence is affirmed.

DISSENTING OPINION BY WATKINS, J.:

For the reasons expressed in my dissent in *Commonwealth v. Weik,* 188 Pa. Superior Ct. 391, 147 A. 2d 164, I dissent from the majority opinion.

GUNTHER, J., joins in this dissent.